# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| WILLIE J. & CATHY A. TUCKER | 08 – 00017 - EE |

## FINAL ORDER OF DISMISSAL

THIS CAUSE came on for hearing on Oral Motion of the Trustee for a Final Order of Dismissal, and the Court, being fully advised in the premises does hereby find and Order as follows:

THAT, Trustee's Oral Motion is sustained.

THAT, pursuant to an Agreed Order entered on March 25, 2008 (DK #34) a copy being attached hereto, the Debtor was not to become more than 60 days delinquent in Chapter 13 Plan Payments.

THAT, Debtor has failed to abide by the terms of said Agreed Order.

THAT, this case is hereby dismissed.

FURTHER, pursuant to said Agreed Order the Debtors are hereby prohibited from re-filing a Chapter 13 Petition in this Honorable Court or any other court for a period of one (1) year from the date of entry of a final order herein.

THAT, this Court retains jurisdiction for the sole purpose of disbursing funds from lawsuits which have been brought or could have been brought by the Chapter 13 Trustee on behalf of this bankrupt estate.

SO ORDERED

Edward Ellington
United States Bankruptcy Judge
Dated: May 25, 2011

SUBMITTED BY:

TODD S. JOHNS – MSB #9587
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
TELEPHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

WILLIE & CATHY TUCKER                                          08-00017 EE

### AGREED ORDER

THIS CAUSE came on for hearing by agreement by and between the parties at the Debtors' 341a Meeting of Creditors; and the Court being fully advised in the premises does hereby find and Order as follows:

THAT, in lieu of an Objection to Confirmation, the parties agree that should the Debtors become more than 60 days delinquent in Chapter 13 Plan Payments, calculated from the first day of the first delinquent month, this case shall be dismissed without further notice or hearing.

THAT, should the Debtors be dismissed for failure to timely remit plan payments, then the Debtors shall be prohibited from re-filing a Chapter 13 Petition in this Bankruptcy Court or any other bankruptcy court for a period of one (1) year, from the date of entry of a final order herein.

SO ORDERED

_____
Edward Ellington
United States Bankruptcy Judge
Dated: March 25, 2008

APPROVED:

_____
HAROLD J. BARKLEY, JR. - MSB #2008
CHAPTER 13 TRUSTEE

_____
ATTORNEY FOR DEBTOR